**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00326-CR

### RAYNALDO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA17-24740-A**

## ORDER

Before the Court is appellant's September 16, 2019 third motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 16, 2019**. If appellant's brief is not filed by October 16, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CORY L. CARLYLE
JUSTICE